```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MICAHEL A. RAMOS,

       Plaintiff,

   - against -

JPMORGAN CHASE & CO.,

       Defendant.

-----------------------------------------------------------------x

Case No. 11 CV 1784 (PKC)

**STIPULATION**

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time within which defendant JPMorgan Chase & Co. ("JPMC") may answer, move or otherwise respond with respect to plaintiff Michael A. Ramos' complaint in this action is extended through and including May 7, 2011.

   The summons and complaint are hereby deemed properly served on Defendant. Defendant waives any defense based on improper service of the complaint.

Dated: New York, New York
    March 29, 2011

| DEREK T. SMITH LAW GROUP, PC | SATTERLEE STEPHENS BURKE & BURKE LLP |
|---|---|
| By: _____ | By: _____ |
| William K. Phillips (WP0409) | Thomas J. Cahill (TC3490) |
| Attorneys for Plaintiff | Attorneys for Defendant JPMorgan Chase & Co. |
| 30 Broad Street, 35th Floor | 230 Park Avenue |
| New York, NY 10004 | New York, NY 10169 |
| (212) 587-0760 | (212) 818-9200 |

1109428_1

SO ORDERED.

_____, USDJ
U.S.D.J.
4-4-11