| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 11- CV- 1784 (PKC) |

---------------------------------------------X

MICHAEL RAMOS,

                              Plaintiff

       v.

JP MORGAN CHASE & CO.,

                            Defendant(s)

---------------------------------------------X

**ORDER**

## NOTICE OF APPEARANCE

Please be advised that Daniel B. Fix, Esq. Of Counsel to DEREK T. SMITH LAW GROUP, P.C. hereby enters an appearance on behalf of the plaintiff in the herein action as Attorneys for Plaintiff.

Dated:  New York, NY
         May 6, 2011

                                         Yours, etc.,

                                         Daniel B. Fix, Esq.

                                         _____/s/_____
                                         Daniel B. Fix (df6400)
                                         **DEREK T. SMITH LAW GROUP, P.C.**
                                         30 Broad Street, 35th Floor
                                         New York, NY, 10004
                                         Tel: 212-587-0760
                                         Fax: 212-587-4169

VIA: ECF AND FAX TO:

*Attorneys for Defendant,*

Thomas J. Cahill, Esq.
SATERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
FAX: 212-818-9606

1